# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – SENTENCING AND JUDGMENT

| Case No. | CR 15-511(A)-DMG | Date | March 13, 2019 |
|---|---|---|---|

| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | N/A |

| Kane Tien | Anne Kielwasser | Benjamin R. Barron<br>Matthew W. O'Brien |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | Appt. | Ret. |
|---|---|---|---|---|---|---|---|
| Global Compounding, LLC | ✓ | | | Michael S. Devereux | ✓ | | ✓ |

**PROCEEDINGS:**    **SENTENCING AND JUDGMENT**    ☐ Contested    ☒ Non-Evidentiary
Day ___ (if continued from a prior hearing date)

☐ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto. __X__ Refer to separate Judgment Order.
☐ Imprisonment for ___ years/months on each of count(s) _____
     Count(s) _____ concurrent/consecutive to count(s) _____
☐ Fine of _____ is imposed on each of count(s) concurrent/consecutive.
☐ ___ years/months Supervised Release/Probation imposed on count(s) _____
☐ consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ☐ Perform ___ hours of community service. ☐ Pay ___ fine amounts & times determined by P/O.
     ☐ Serve ___ in a CCC/CTC. ☐ Make $___ restitution in amounts & times determined by PO.
     ☐ Participate in a program for treatment of narcotic/alcohol addiction.
     ☐ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ☐ Other conditions: _____
☒ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
☐ Pay $___ per count, special assessment to the United States for a total of $ _____
☐ Imprisonment for ___ months/years and for a study pursuant to 18 USC _____
with results to be furnished to the Court within ___ days/months whereupon the sentences shall be subject to modification. This matter is set for further hearing on _____
☒ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
☒ Defendant informed of right to appeal.
☐ ORDER sentencing transcript for Sentencing Commission. ☐ Processed statement of reasons
☐ Bond Exonerated ☐ upon surrender ☐ upon service of _____
☐ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
☐ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
☐ Issued Remand/Release # _____
☐ Present bond to continue as bond on appeal. ☐ Appeal bond set at $ _____
☒ Filed and distributed judgment. ENTERED.
☐ Other

cc:                                                                       :26

**Initials of Deputy Clerk**    KT